United States District Court
Northern District of California

1
2
3
4 UNITED STATES DISTRICT COURT
5 NORTHERN DISTRICT OF CALIFORNIA
6 SAN JOSE DIVISION
7
8 RUDY LOPEZ,
   Plaintiff,
9
   v.
10
   WELLS FARGO BANK NA,
11
   Defendant.
12

Case No. 5:15-cv-01553-EJD

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

Re: Dkt. No. 15

13   Having reviewed the parties' Joint Case Management Conference Statement filed on
14 August 20, 2015 (Docket Item No. 15), the court finds that a scheduling conference is unnecessary
15 at this time.  Accordingly, the Case Management Conference scheduled for August 27, 2015, is
16 CONTINUED to **10:00 a.m. on February 25, 2016**.  The parties shall file an updated Joint Case
17 Management Conference Statement (of no more than 10 pages) on or before February 18, 2016.
18
19   **IT IS SO ORDERED.**
20 Dated: August 24, 2015
21
22 
   _____
   EDWARD J. DAVILA
   United States District Judge

1
Case No.: 5:15-cv-01553-EJD
ORDER CONTINUING CASE MANAGEMENT CONFERENCE